RICK D. ROSKELLEY, ESQ., Bar No. 003192
Z. KATHRYN BRANSON, ESQ., Bar No.11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:  rroskelley@littler.com
Email:  kbranson@littler.com

Attorneys for Defendant
MV TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS COMANS, III, individually,<br><br>Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC., a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00388-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE RE FILING RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff THOMAS COMANS, III ("Plaintiff") and Defendant MV TRANSPORATION, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have four (4) additional weeks to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on February 25, 2020 (ECF No. 1) and served on March 4, 2020.  The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on **April 22, 2020**.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: March 24, 2020

Respectfully submitted,

*/s/ Danielle J. Barraza, Esq.*
JOSEPH A. GUTIERREZ, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

Attorney for Plaintiff
THOMAS COMANS, III

Dated: March 25, 2020

Respectfully submitted,

RICK D. ROSKELLEY, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MV TRANSPORATION, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: March 30, 2020.

Cam Ferenbach
United States Magistrate Judge

4838-3977-2600.1 082765.1207