RICK D. ROSKELLEY, ESQ., Bar No. 003192
Z. KATHRYN BRANSON, ESQ., Bar No.11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:  702.862.8800
Fax No.:  702.862.8811
Email:  rroskelley@littler.com
Email:  kbranson@littler.com

Attorneys for Defendant
MV TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS COMANS, III, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC., a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-00388-JAD-VCF<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff THOMAS COMANS, III ("Plaintiff") and Defendant MV TRANSPORTATION, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to VACATE the Early Neutral Evaluation (ENE) Session presently scheduled for September 9, 2020 at 1:00 p.m., before U.S. Magistrate Judge Nancy J. Koppe, due to the parties having reached a resolution of this matter.

The parties propose that the Court schedule a status check for sixty (60) days for the parties to submit dismissal documents or, in the alternative, to file a joint status report as to why dismissal documents are unable to be filed by the deadline set to do so.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1   This stipulation is made in good faith, and not for the purpose of delay.

Dated:  September 5, 2020

Respectfully submitted,

*/s/ Danielle J. Barraza, Esq.*
JOSEPH A. GUTIERREZ, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

Attorneys for Plaintiff
THOMAS COMANS, III

Dismissal papers must be filed by November 5, 2020.

Dated: September 5, 2020

Respectfully submitted,

RICK D. ROSKELLEY, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MV TRANSPORTATION, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 8, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800