RICK D. ROSKELLEY, ESQ., Bar No. 003192
Z. KATHRYN BRANSON, ESQ., Bar No.11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:   rroskelley@littler.com
Email:   kbranson@littler.com

Attorneys for Defendant
MV TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS COMANS, III, individually,<br><br>Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC., a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00388-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 22 |

Plaintiff THOMAS COMANS, III ("Plaintiff") and Defendant, MV TRANSPORTATION, INC. ("Defendant'), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees incurred in connection with this action.

Dated: October 7, 2020

Respectfully submitted,

/s/ Danielle J. Barraza, Esq.
JOSEPH A. GUTIERREZ, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

Attorneys for Plaintiff
THOMAS COMANS, III

Dated: October 7, 2020

Respectfully submitted,

_____
RICK D. ROSKELLEY, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MV TRANSPORTATION, INC.

### ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 7, 2020

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800